AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Robart, James L. | U.S. Dist Court, W.D. of WA | 04/27/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Dist. Judge (active 1/1-6/28; senior 6/29-12/31) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

700 Stewart Street, 14th Floor
Seattle, WA 98101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee Emeritus | Whitman College |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Paintings sold for cash. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | January 14-15, 2016 | Philadelphia, Pennsylvania | Asbestos Claims & Litigation CLE | Airfare, Lodging, Food, Trasportation, and Parking |
| 2. | American Conference Institute | January 26-27, 2016 | Miami, Florida | Consumer Finance Class Actions & Litigation CLE | Airfare, Lodging, Food, Transportation, and Parking |
| 3. | American Conference Institute | February 29-March 1, 2016 | Philadelphia, Pennsylvania | Medical Malpractice Catastrophic Injury CLE | Airfare, Lodging, Food, Transportation, and Parking |
| 4. | American Conference Institute | April 11-12, 2016 | New York, New York | Defending and Managing Class Actions CLE | Airfare, Lodging, Food, Transportation, and Parking |
| 5. | Newman Inn of Court | April 19, 2016 | Alexandria, Virginia | IP Law Conference | Lodging, Food, and Parking |

| | | | | |
| --- | --- | --- | --- | --- |
| 6. | American Conference Institute | April 20-21, 2016 | Washington, DC | Residential Mortgage Litigation and Regulatory Enforcement | Airfare, Lodging, Food, Transportation, and Parking |
| 7. | IP Owners Association | May 23-24, 2016 | Palo Alto, California | IP - FRAND CLE | Airfare, Lodging, Food, Transportation, and Parking |
| 8. | University of Texas | June 8-10, 2016 | Austin, Texas | Patent Law CLE | Airfaire, Lodging, Food, and Transportation |
| 9. | Technical Univeristy of Munich | June 21-25, 2016 | Munich, Germany | Munich International Patent Law Conference 2016, The International Reach of Patents | Airfare, Lodging, Food, Transportation, and Parking |
| 10. | American Confrence Institute | September 15-16, 2016 | Boston, Massachusetts | Litigating Disability Insurance Claims CLE | Airfaire, Lodging, Food, Transportation, and Parking |
| 11. | American Conference Institute | September 26-27, 2016 | Dallas, Texas | Residential Mortgage Litigation & Regulatory Enforcement | Airfaire, Lodging, Food, Transportation, and Parking |
| 12. | Taiwan Patent Law Society | October 1-6, 2016 | Taiwan, Republic of China | U.S. Patent Law Conference | Airfaire, Lodging, Food, Transportation, and Parking |
| 13. | Association of Corporate Counsel | October 17, 2016 | San Francisco, Calirofrnia | Supreme Court Decisions Panel | Airfaire, Lodging, Food, Transportation, and Parking |
| 14. | Sedona Conference | October 24-25, 2016 | Washington, DC | The 16th Annual Sedona Conference on Patent Law | Airfaire, Lodging, Food, Transportation, and Parking |
| 15. | American Conference Institute | October 27-28, 2016 | New York, New York | 13th National Forum on ERISA Litigation | Airfaire, Lodging, Food, Transportation, and Parking |
| 16. | Texas A&M University School of Law/Tarleton State University | November 4-5, 2016 | Ft. Worth, Texas | Inaugural Conference - Implementation of Police Department Consent Decrees | Airfaire, Lodging, Food, Transportation, and Parking |
| 17. | American Conference Institute | November 30-December 1, 2016 | Philadelphia, Pennsylvania | Insurance Coverage & Extra-Contractual Dipsutes | Airfaire, Lodging, Food, Transportation, and Parking |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L.. | 04/27/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | Bank of America | Credit Card | J |
| 3. | Whitman College | Multi-year pledge | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 04/27/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank | A | Interest | K | T | | | | | |
| 2. Key Bank | A | Interest | J | T | | | | | |
| 3. Oak Harbor, WA Island Cnty Rental Property (2016 - $200,000) | A | Rent | N | S | | | | | |
| 4. Bank of Washington Common Stock | | None | K | T | | | | | |
| 5. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 6. -- Starbucks Common Stock | E | Dividend | P1 | T | Donated (part) | | | | |
| 7. -- Schwab Money Fund | B | Interest | M | T | | | | | |
| 8. -- MSCI Em. Mkts I-Shares | E | Dividend | O | T | | | | | |
| 9. -- MSCI EAFE Index Fund | D | Dividend | N | T | | | | | |
| 10. -- S&P 600 I-Shares | D | Dividend | O | T | | | | | |
| 11. -- Vanguard REIT Fund | E | Dividend | O | T | | | | | |
| 12. -- S&P 500 IShares | E | Dividend | O | T | | | | | |
| 13. -- Boston Priv. Fin. Hldg. | C | Dividend | M | T | | | | | |
| 14. Chevron Common Stock | D | Dividend | M | T | | | | | |
| 15. BROKERAGE IRA #1 | | | | | | | | | |
| 16. -- MSCI EAFE Index I-Shares | E | Dividend | P1 | T | | | | | |
| 17. -- S&P Small Cap 600 IShares | F | Dividend | P1 | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L.. | 04/27/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- S&P 500 I-Shares | E | Dividend | O | T | | | | | |
| 19. -- Schwab Money Fund | B | Interest | N | T | | | | | |
| 20. -- U.S. TIPS | | | | | Matured (part) | 04/15/16 | M | D | |
| 21. | | | | | Buy (add'l) | 04/23/16 | M | | |
| 22. -- Vanguard REIT | E | Dividend | O | T | | | | | |
| 23. -- Emrg. Mkt. I-Share | D | Dividend | N | T | | | | | |
| 24. -- Bank of America Notes | D | Interest | M | T | | | | | |
| 25. -- CISCO Systems Note | B | Interest | | | Matured | 02/28/16 | M | | |
| 26. -- Discover Bank CD | B | Interest | | | Matured | 07/02/16 | M | | |
| 27. -- Goldman Sachs Notes | C | Interest | M | T | | | | | |
| 28. -- Pfizer Notes | C | Interest | M | T | | | | | |
| 29. -- GE Cap. Bank CD | B | Interest | M | T | | | | | |
| 30. -- Goldman Sachs BK CD | B | Interest | | | Matured | 10/12/16 | M | | |
| 31. -- Conoco Phillips Notes | D | Interest | M | T | | | | | |
| 32. -- J.P. Morgan Chase | B | Interest | M | T | | | | | |
| 33. -- Amercan Express Bank CD | B | Interest | M | T | | | | | |
| 34. -- Synchrony Bank CD | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L.. | 04/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Amgen Notes | C | Interest | M | T | | | | | |
| 36. -- BP Capt. Mks. | C | Interest | M | T | | | | | |
| 37. -- General Electric Note | D | Interest | M | T | Buy | 01/04/16 | M | | |
| 38. -- Toyota Auto Receiv. | C | Interest | M | T | Buy | 07/06/16 | M | | |
| 39. --Verizon Comm. Note | C | Interest | M | T | Buy | 09/23/16 | M | | |
| 40. BROKERAGE IRA #2 | | | | | | | | | |
| 41. -- Janus Balanced Mut. Fund | B | Dividend | K | T | | | | | |
| 42. -- T.R. Price New Asia Mut. Fund | A | Dividend | K | T | | | | | |
| 43. -- Schwab Money Fund | A | Interest | K | T | | | | | |
| 44. -- MSCI EAFE Index Fund | A | Dividend | K | T | | | | | |
| 45. -- S&P 500 I-Shares | C | Dividend | M | T | | | | | |
| 46. -- MSCI Em. Mkts I Share | B | Dividend | L | T | | | | | |
| 47. -- S&P Small Cap 600 I Shares | B | Dividend | M | T | | | | | |
| 48. -- IBM | A | Dividend | J | T | | | | | |
| 49. -- Vanguard REIT | B | Dividend | K | T | | | | | |
| 50. Vanguard Intl. Tax Managed Fund | E | Dividend | P1 | T | | | | | |
| 51. 7MB Tech. Corp. | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Builders Capital Part. | E | Dividend | N | T | | | | | |
| 53. Boeing Employees Credit Union | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 04/27/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James L. Robart**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544